# In the United States Court of Federal Claims

No. 13-0042L
Filed: November 12, 2014

```
*************************************
                                    *
PICKLE FACTORY CONDOS, LLC          *
et al.,                             *
                                    *
        Plaintiffs,                 *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
        Defendant.                  *
                                    *
*************************************
```

## ORDER

On November 6, 2014 Plaintiffs filed a Notice Of Voluntary Dismissal With Prejudice, informing the court that Plaintiffs received payment for settlement of the case on October 31, 2014. Plaintiffs requested the court to dismiss the case with prejudice under Rule of the United States Court of Federal Claims 41(a)(1)(A)(ii). Therefore, pursuant to Plaintiffs' November 6, 2014 Notice, this case is **dismissed with prejudice**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**